MARY J. POWERS, as Administratrix of the Estate of WILLIAM J. POWERS, Deceased, Respondent, v. DELAWARE & HUDSON RAILROAD CORPORATION, Appellant, and J. A. CARMAN TRUCKING COMPANY, INC., Respondent.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.